CASUE NO. _____

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

THE STATE OF TEXAS,

FILED IN
COURT OF CRIMINAL APPEALS

October 9, 2015

ABEL ACOSTA, CLERK

PETITIONER

VS.

ESAW LAMPKIN,

RESPONDENT

Petition in Cause No. 42.897-B
From the 124th Judicial District Court of
Gregg County, Texas and

The Court of Appeals for the
Sixth District of Texas, Cause No. 06-14-00024-CR

**MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW**

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Comes now THE STATE OF TEXAS, Movant and Petitioner, and files this, its Motion for Extension of Time to File Petition for Discretionary Review in accordance with TEX. R. APP. P. 10.5(b) and 68.2(c). In support thereof, Movant respectfully shows this Honorable Court the following:

1. **The deadline for filing the item in question** (a Petition for Discretionary review) was: 9/24/2015.

    a.    Appellant/Respondent's Petition for Rehearing was denied on 8/25/2015.

    b.    This motion is due on or before 10/9/2015. TEX. R. APP. P. 68.2(c).

2. **Length of extension sought:** 15 days to and including 10/9/2015, or such date as permits the filing of the (attached) Petition for Discretionary Review.

3. **The facts relief on to reasonably explain the need for an extension**:

    The undersigned is a Special Prosecutor for the Gregg County District Attorney's Office for purposes of this case only, a solo practitioner, and is not otherwise affiliated with the office of the District Attorney. The undersigned had several filing deadlines, including this one, on September 24, 2015, and suffered an intranet/router (server) failure in his office on that day that could not be fixed in time to permit timely filing. The undersigned had no way to predict that these problems would occur and no way to access his files pending repairs to the equipment.

4. **The number of previous extensions granted regarding the item in question:** none.

Additionally, a copy of Petition for Discretionary Review is attached hereto as Exhibit.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully requests that the Court grant its Motion for Extension of Time to File Petition for Discretionary Review, permit Movant to file the attached Petition for Discretionary Review, and for

any other and further relief, whether at law or in equity, to which Movant has shown itself justly entitled.

Respectfully submitted,

/s/ L. Charles van Cleef

_____
L. Charles van Cleef
State Bar No. 00786305

P.O. Box 2432
Longview, Texas 75606-2432
(903) 248-8244 Telephone
(903) 248-8249 Facsimile

**COUNSEL FOR MOVANT and PETITIONER**

## I. CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded by email/e-filing to:

Hough-Lewis "Lew" Dunn
Attorney at Law
201 E. Methvin, Suite 102
P.O. Box 2226
Longview, TX 75606
dunn@texramp.net

Office of the State Prosecuting Attorney of Texas
P.O. Box 13046
Austin, TX 78711-3046
information@spa.texas.gov
and by Fax: 512-463-5724

on this Friday, October 9, 2015.

/s/ L. Charles van Cleef

_____
L. Charles van Cleef